IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KEYLA GREEN, INDIVIDUALLY, AND ON
BEHALF OF AND FOR THE USE AND BENEFIT
OF THE WRONGFUL DEATH BENEFICIARIES
OF DAUPHINE GREEN                                                                              PLAINTIFF

VS.                                                         Civil Action No. 2:15-cv-00147-KS-MTP

SONG HEALTH & REHAB OF COLUMBIA,
LLC d/b/a SONG HEALTH & REHAB OF
COLUMBIA, COVENANT DOVE, LLC,
COVENANT DOVE HOLDING COMPANY, LLC,
ARK MISSISSIPPI HOLDING COMPANY, LLC,
RONNIE SIBLEY, UNIDENTIFIED ENTITIES 1-10,
AND JOHN DOES 1-10 (as to the SONG HEALTH &
REHAB FACILITY)                                                                              DEFENDANTS

## AGREED ORDER GRANTING SEPARATE LLC DEFENDANTS' FRCP 12(b)(6) MOTION TO DISMISS

THIS CAUSE having come before the Court on the *Separate LLC Defendants' FRCP 12(b)(6) Motion to Dismiss*, and the Court, having considered the same and finding that Plaintiff does not oppose the motion, and otherwise being fully advised in the premises, finds that said motion is well taken and the same is hereby **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the *Separate LLC Defendants' FRCP 12(b)(6) Motion to Dismiss* be and the same is hereby **GRANTED**, and that the complaint filed by Plaintiff against Defendants Covenant Dove, LLC, Covenant Dove Holding Company, LLC, and Ark Mississippi Holding Company, LLC, (hereinafter collectively "the Separate LLC Defendants") as well as all claims asserted and which could have been asserted in the premises by Plaintiff against the Separate LLC Defendants, or any of them, are hereby **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

1

IT IS FURTHER ORDERED AND ADJUDGED that there is no just reason for delay in entering the dismissal with prejudice of Plaintiff's claims against the Separate LLC Defendants, and that pursuant to FED. R. CIV. P. 54(b), dismissal with prejudice of Plaintiff's claims against the Separate LLC Defendants is hereby expressly directed.

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2016.

*s/ Keith Starrett*
U.S. DISTRICT COURT JUDGE

**AGREED TO:**

s/R. Paul Williams, III
R. PAUL WILLIAMS, III (MSB #102345)
COURTNEY M. WILLIAMS (MSB #102347)
ATTORNEYS FOR PLAINTIFF


s/Rex M. Shannon III
EUGENE R. NAYLOR (MSB #3757)
REX M. SHANNON III (MSB #102974)
ATTORNEYS FOR DEFENDANTS COVENANT DOVE, LLC,
COVENANT DOVE HOLDING COMPANY, LLC, AND
ARK MISSISSIPPI HOLDING COMPANY, LLC