IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KEYLA GREEN**                                                        **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 2:15-CV-147-KS-MTP**

**SONG HEALTH & REHAB OF**
**COLUMBIA, LLC**                                                    **DEFENDANT**

## **ORDER**

On April 5, 2018, Defendant filed a Suggestion of Bankruptcy [51]. Accordingly, this case is **stayed** indefinitely, pursuant to 11 U.S.C. § 362. The Court orders the parties to provide the Court with a written status report regarding the bankruptcy case within 90 days of the entry of this order—no later than **July 10, 2018.**

SO ORDERED AND ADJUDGED, on this, the 10th day of April, 2018.

                                                     */s/ Keith Starrett*
                                                     KEITH STARRETT
                                                     UNITED STATES DISTRICT JUDGE